UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3953
_____

In re:  PURSUIT CAPITAL MANAGEMENT, LLC,
Debtor

ANTHONY SCHEPIS; FRANK CANELAS; PURSUIT INVESTMENT
MANAGEMENT, LLC; PURSUIT OPPORTUNITY FUND, I, LP; PURSUIT
CAPITAL MANAGEMENT FUND, I, LP,
Appellants

v.

JEOFFREY L. BURTCH, Chapter 7 Trustee
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1-15-cv-00801)
District Judge:  Hon. Richard G. Andrews
_____

Argued
June 12, 2017

Before:   JORDAN, KRAUSE, *Circuit Judges* and STEARNS\*, *District Judge.*

_____

ORDER TO AMEND OPINION
_____

---

\* Honorable Richard G. Stearns, United States District Court Judge for the District
of Massachusetts, sitting by designation.

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above captioned opinion be amended as follows:

Page 29, Section C, the first line, "affected" shall be changed to "effected".


By the Court:


 s/ Kent A. Jordan
Circuit Judge

Dated:  October 26, 2017
JK/cc:  All Counsel of Record